

# NUMBER 13-21-00240-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ROGELIO HINOJOSA RIOS,**                                                                 **Appellant,**

**v.**

**OBDULIA BELTRAN BEZERA RIOS,**                                                      **Appellee.**

## On appeal from the County Court at Law No. 7 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion by Justice Tijerina**

Appellant, Rogelio Hinojosa Rios, attempted to perfect an appeal from an order entered by the County Court at Law No. 7 of Hidalgo County, Texas, in cause no. CL-21-0857-G. Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not a final appealable order. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could

be done. *See* Tex. R. App. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant filed an amended notice of appeal and then an agreed motion to withdraw appeal.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, appellant's agreed motion to withdraw, which was construed as a motion to dismiss, is hereby granted and the appeal is dismissed for want of jurisdiction.  *See id.* 42.3(a),(c).

JAIME TIJERINA
Justice

Delivered and filed on the
14th day of October, 2021.

2
